McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINGO DE LEON-SIERRA,<br><br>Defendant. | CR. 1-03CR05001-01 OWW<br><br>MOTION FOR DISMISSAL OF PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION |

After consultation with the United States Probation Office, The United States Attorney's Office hereby moves to dismiss the Petitioner For Warrant of Summons for Offender Under Supervision against Domingo De Leon-Sierra in the interest of justice.

Dated:  September 21, 2005                    Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney


                                              By: /s/ Marianne A. Pansa
                                                  MARIANNE A. PANSA
                                                  Assistant U.S. Attorney

McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DOMINGO DELEON-SIERRA,<br><br>  Defendant. | CR. 1-03 CR05001-01 OWW<br><br>ORDER FOR DISMISSAL OF<br>PETITION FOR WARRANT OR<br>SUMMONS FOR OFFENDER<br>UNDER SUPERVISION |

IT IS HEREBY ORDERED that the Petitioner for Warrant or Summons for Offender Under Supervision against Domingo De Leon-Sierra be dismissed in the interest of justice.

DATED:____September 21, 2005            /s/ OLIVER W. WANGER
                                        OLIVER W. WANGER
                                        U.S. District Court Judge

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on September 2005, she served a copy of: Motion For Dismissal of Petition For Warrant or Summons For Offender Under Supervision by mailing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents with United States Post Office at Fresno, California.

**Address(es):**
Domingo De Leon Sierra
66677-198 (N-1-203)
CCA P.O. Box 3001-001
California City, CA 93504

/s/ Mary E. Goosby
MARY E. GOOSBY
Legal Assistant